PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00144-ADA |
|---|---|
| Plaintiff, | STIPULATION TO MOVE SENTENCING TO JANUARY 9, 2023 |
| v. | |
| VICENTE MANUEL RUIZ, | |
| Defendant. | |

The court has scheduled a sentencing hearing for December 12, 2022. The probation office has requested more time to complete the dispositional memorandum, and defense counsel will need to review the document with the defendant once it is finalized. The requested date is the first date convenient for the court, the parties, and the probation office. Accordingly, the parties request that the court issue the proposed order to move the sentencing to January 9, 2023.

Dated: December 6, 2022                    PHILLIP A. TALBERT
                                            United States Attorney

                                     By:  /s/ DAVID L. GAPPA
                                          DAVID L. GAPPA
                                          Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: December 6, 2022 | /s/ Harry Drandell |
| 2 | | HARRY DRANDELL<br>Counsel for Vicente Manuel Ruiz |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>VICENTE MANUEL RUIZ,<br><br>                        Defendant. | CASE NO.  1:22-CR-00144-ADA<br><br> ORDER<br><br>DATE: January 9, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**ORDER**

The court has reviewed and considered the stipulation that the parties filed on December 6, 2022. Based on the reasons articulated in that filing, the court finds good cause to schedule this case for a sentencing hearing on January 9, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   December 6, 2022                                         _____
                                                                                     UNITED STATES DISTRICT JUDGE

3